## *United States District Court for the Northern District of Illinois*

Revised 03/11/2008

Case Number: 08CV4025　　　　Assigned/Issued By: J. N.

Judge Name: KOCORAS　　　　Designated Magistrate Judge: KEYS

---

**FEE INFORMATION**

*Amount Due:*　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　[ ] $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____　　Receipt #: 2936981_____

Date Payment Rec'd: 7-16-08_____　　Fiscal Clerk: J. N._____

---

**ISSUANCES**

[✓] Summons　　　　　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons　　　　[ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons　　_____
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
　　　　　　　　　　　　　　　　　　　　[ ] Other
[ ] Writ _____　　　　　　　　　　_____
　　*(Type of Writ)*　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*(Type of issuance)*

1____ Original and 0_____ copies on 7-16-08_____ as to DEFENDANT_____
　　　　　　　　　　　　　　　　　*(Date)*