AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
               Plaintiffs,
    v.

UNITED FUNERAL SERVICES, INC.,
an Illinois Corporation,
               Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE:

08CV4025
JUDGE KOCORAS
MAG. JUDGE KEYS

TO: (Name and Address of Defendant)

UNITED FUNERAL SERVICES, INC., an Illinois Corp.
c/o:   Dennis R. O'Neill, Registered Agent
       5487 North Milwaukee Avenue
       Chicago, IL 60630

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_(By)_ DEPUTY CLERK

July 16, 2008

Date



BY DEPUTY CLERK

ClientCaseID: ROBERT
Law Firm ID: ASHER


*192557A*

CaseReturnDate: 8/16/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV4025**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **UNITED FUNERAL SERVICES, INC.**
PERSON SERVED **KATY SHOTSBERGER, ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/22/08**

MS. SHOTSBERGER INFORMED ME THAT SHE IS AUTHORIZED TO ACCEPT THE SERVICE OF PROCESS ON BEHALF OF MR. DENNIS O'NEIL, REGISTERED AGENT.

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

Sex FEMALE   Race WHITE   Age 27
Height 5' 6   Build MEDIUM   Hair BLONDE

LOCATION OF SERVICE   **5487 NORTH MILWAUKEE AVENUE
CHICAGO, IL, 60630**

Date Of Service 7/22/08   Time of Service 9:40 AM

R. MARSHALL GRADY   7/22/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00