IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED FUNERAL SERVICES, INC., ) <br> an Illinois Corporation, ) <br> ) <br> Defendant. ) | No. 08C 4025 <br><br> Judge Kocoras <br><br> Mag. Judge Keys |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs and move this Honorable Court to enter a default judgment on behalf of the Plaintiffs and against Defendant on the grounds that the Defendant has failed to answer or otherwise defend to the Complaint of the Plaintiffs, a copy of which is attached hereto as Exhibit "A". Said Defendant was served on July 22, 2008, as more fully appears from the Affidavit of Service, a copy of which is attached hereto as Exhibit "B".

WHEREFORE, Plaintiffs request the following relief:

1. That default judgment be entered against the Defendant herein, UNITED FUNERAL SERVICES, INC., an Illinois Corp., and that the Complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against the Defendant and in favor of

Plaintiffs for the period June 1, 2003, through December 31, 2007, in the amount of $97,489.27.

    3.    That interest and/or liquidated damages be assessed against the Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

    4.    That the Defendant be ordered to comply with and perform according to the terms and conditions of its Collective Bargaining Agreement and the applicable provisions of ERISA as amended.

    5.    For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

    /s/ Robert B. Greenberg  
Asher, Gittler, Greenfield & D'Alba, Ltd.  
200 West Jackson Boulevard  
Suite 1900  
Chicago, Illinois 60606  
(312) 263-1500  
IL ARDC#: 01047558

Dated: August 29, 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TEAMSTERS LOCAL UNION NO. 727 )
HEALTH AND WELFARE FUND, )
TEAMSTERS LOCAL UNION NO. 727 )   FILED STAMP: JULY 16, 2008
PENSION FUND and TEAMSTERS )   08CV4025
LOCAL UNION NO. 727 LEGAL AND )   JUDGE KOCORAS
EDUCATIONAL ASSISTANCE FUND, )   MAG. JUDGE KEYS
     )
          Plaintiffs, )   J. N.
     v. )   No.
     )
UNITED FUNERAL SERVICES, INC., )
an Illinois Corporation, )
     )
          Defendant. )

## COMPLAINT

Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, by and through their attorney, Robert B. Greenberg, and complaining of Defendant, UNITED FUNERAL SERVICES, INC., an Illinois Corporation, allege as follows:

1.  This action is brought under the provisions of Sections 502(g)(2), (a)(3), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g)(2), (a)(3), and 1145.

2.  Jurisdiction in this Court is based upon Sections 502(e)(1) and 502(e)(2) of ERISA, 29 U.S.C. §§ 1132(e)(1) and (e)(2). Section 502(e)(2) states in relevant part:

> Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

-1-



Exh. "A"

3.  The TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, ("Funds") receive contributions from numerous employers pursuant to collective bargaining agreements heretofore entered into between Teamsters Local Union No. 727 ("Union") and Defendant, and the Funds are maintained and administered in accordance with and pursuant to the provisions of Section 302(c)(5) of the National Labor Relations Act, as amended, ERISA and other applicable federal law and the Funds are administered pursuant to the terms and provisions of a certain Restated Agreement and Declaration of Trust ("Trust Agreement").

4.  The Funds offices are located at 5940 West Montrose Avenue, Chicago, Illinois 60634, and the Funds are administered in the Northern District of Illinois.

5.  As provided in the Trust Agreements, Plaintiffs are required to receive, hold and manage all monies required to be contributed to the Funds in accordance with the provisions of the then applicable Collective Bargaining Agreement for the uses and purposes set forth in the Trust Agreements.

6.  Defendant is an employer engaged in an industry affecting commerce and maintains its principal place of business at 9140 South Avers, Evergreen Park, IL 60805.

7.  Defendant employs or has employed persons represented for collective bargaining purposes by the Union and agreed to be bound by the Collective Bargaining Agreement or agreements referred to herein, by the terms of which Defendant was required to contribute to the Funds.

8.  Plaintiffs are advised and believe that Defendant has failed to submit accurate contribution reports and the required payments thereon to the Funds, pursuant to the terms of the collective bargaining agreement by which it is bound, all in violation of its contractual obligations under applicable federal statutes.

9. That Defendant is delinquent to the Funds for the period of June 1, 2003, through December 31 2007, in the amount of $97,489.27, as determined by the Fund's Auditors.

10. Defendant's failure to pay is a violation of the collective bargaining agreement and the Trust Agreement. Plaintiffs, therefore, seek enforcement of these provisions pursuant to Section 502(a)(3), (b)(ii), and Section 301(a) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C., Sec. 185(a).

11. Plaintiffs are without an adequate remedy at law and will suffer immediate, continuing and irreconcilable injury and damage unless Defendant is ordered to specifically perform all of its obligations required under the Collective Bargaining Agreement and the Trust Agreement, and is restrained from continuing to refuse to perform as thereunder required.

WHEREFORE, Plaintiffs pray:

(a) That judgment enter in favor of Plaintiffs and against the Defendant in the amount of $97,489.27.

(b) That Defendant be compelled to account to Plaintiffs for contributions due as aforesaid and to pay to Plaintiffs any amount found due and owing in accordance with the applicable provisions of its Collective Bargaining Agreement.

(c) That Plaintiffs be awarded their costs, including reasonable attorney's fees incurred in the prosecution of this action as provided in the Collective Bargaining Agreement and under the applicable provisions of ERISA, as amended.

(d) That interest and/or liquidated damages be assessed against Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of ERISA, as amended.

(e)	For such other and further relief as the Court may determine just and proper.

> /s/ Robert B. Greenberg
> Asher, Gittler, Greenfield & D'Alba, Ltd.
> 200 West Jackson Boulevard
> Suite 1900
> Chicago, Illinois 60606
> (312) 263-1500
> IL ARDC#: 01047558

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
          Plaintiffs,
    v.

UNITED FUNERAL SERVICES, INC.,
an Illinois Corporation,
          Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

JUDGE:

08CV4025
JUDGE KOCORAS
MAG. JUDGE KEYS

TO: (Name and Address of Defendant)

UNITED FUNERAL SERVICES, INC., an Illinois Corp.
c/o:  Dennis R. O'Neill, Registered Agent
      5487 North Milwaukee Avenue
      Chicago, IL 60630

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

July 16, 2008
Date

BY DEPUTY CLERK

Exh. "B"

ClientCaseID: ROBERT
Law Firm ID: ASHER



CaseReturnDate: 8/16/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV4025**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  UNITED FUNERAL SERVICES, INC.
PERSON SERVED  KATY SHOTSBERGER, ASSISTANT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/22/08

MS. SHOTSBERGER INFORMED ME THAT SHE IS AUTHORIZED TO ACCEPT THE SERVICE OF PROCESS ON BEHALF OF MR. DENNIS O'NEIL, REGISTERED AGENT.

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

Sex  FEMALE  Race  WHITE  Age  27
Height  5' 6  Build  MEDIUM  Hair  BLONDE

LOCATION OF SERVICE  5487 NORTH MILWAUKEE AVENUE
CHICAGO, IL, 60630

Date Of Service  7/22/08   Time of Service  9:40 AM

R. MARSHALL GRADY                          7/22/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,<br><br>          Plaintiffs,<br><br>  v.<br><br>UNITED FUNERAL SERVICES, INC., an Illinois Corporation,<br><br>          Defendant. | No. 08C 4025<br><br>Judge Kocoras<br><br>Mag. Judge Keys |

### AFFIDAVIT

WILLIAM COLI, on oath and duly sworn, states:

1. Affiant is the Administrator for TEAMSTERS LOCAL UNION NO. 727, HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND.

2. Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, UNITED FUNERAL SERVICES, INC., an Illinois Corp., to be delinquent in its contributions to the Plaintiff Funds for the period June 1, 2003, through December 31, 2007, in the amount of $97,489.27.

_____
WILLIAM COLI

Subscribed and Sworn to before me
this 27th day of August, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
DENISE L. UPTON
Notary Public, State of Illinois
My Commission Expires 07/11/11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 08C 4025 |
| UNITED FUNERAL SERVICES, INC., an Illinois Corporation, | ) ) ) ) | Judge Kocoras |
| | ) | Mag. Judge Keys |
| Defendant. | ) | |

### AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiffs, TEAMSTERS LOCAL UNIO NO. 727 HEALTH AND WELFARE FUND, et al., and my billing rate to Plaintiff Fund is $195.00 per hour.

3. That I have billed my clients a total of $1,365.00 for legal services in the matter of UNITED FUNERAL SERVICES, INC., an Illinois Corp.

ROBERT B. GREENBERG

Subscribed and Sworn to before me this 12th day of August, 2008.

NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10