IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br>        Plaintiffs, <br>   v. <br><br> UNITED FUNERAL SERVICES, INC., an Illinois Corporation, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 08C 4025 <br><br> Judge Kocoras <br><br> Mag. Judge Keys |

## NOTICE OF MOTION

TO:   Dennis R. O'Neill, Registered Agent
      United Funeral Services, Inc.
      5487 North Milwaukee Avenue
      Chicago, IL 60630

   **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Kocoras, at Room 1725, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 9th day of September 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

                    /s/ Robert B. Greenberg
                    Asher, Gittler, Greenfield & D'Alba, Ltd.
                    200 West Jackson Boulevard
                    Suite 1900
                    Chicago, Illinois 60606
                    (312) 263-1500
                    IL ARDC#:  01047558

**CERTIFICATE OF SERVICE**

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

    **Dennis R. O'Neill, Registered Agent**
    **United Funeral Services, Inc.**
    **5487 North Milwaukee Avenue**
    **Chicago, IL 60630**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 29th day of August, 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

    /s/ Robert B. Greenberg
    Asher, Gittler, Greenfield & D'Alba, Ltd.
    200 West Jackson Boulevard
    Suite 1900
    Chicago, Illinois 60606
    (312) 263-1500
    IL ARDC#:  01047558